# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PALMISANO & ASSOCIATES, P.C. |
| **Case Number:** | 2:09-BK-29563-JMM  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 23, 2010 10:00 AM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA COLASONT |

### Matter:

HEARING ON DISCLOSURE STATEMENT

**R / M #:** 39 / 0

### Appearances:

JAMES E. BROWN, ATTORNEY FOR PALMISANO & ASSOCIATES, P.C.
FRANK WHITE, ATTORNEY FOR SUPER MEDIA, LLC

### Proceedings:

Mr. Brown indicated that the objection should be overruled.

The Court noted that the objection is to plan confirmation.

Mr. Brown noted that originally an order was entered setting the disclosure statement hearing and plan confirmation hearing together.

COURT: IT IS ORDERED OVERRULING THE OBJECTION TO THE DISCLOSURE STATEMENT AND SETTING AN EVIDENTIARY HEARING ON PLAN CONFIRMATION ON JANUARY 11, 2011. THE OBJECTING CREDITOR IS DIRECTED TO FILE A SHORT SEPARATE OBJECTION TO PLAN CONFIRMATION.